UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:18CR396 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Eduardo Perez-Rodriguez | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

This Court held an Arraignment on July 23, 2018.  With Counsels' concurrence, the Court refers Defendant to Probation for preparation of a Modified Presentence Investigation Report, and sets a Joint Change of Plea / Sentencing Hearing for September 11, 2018 at 1:30 p.m.

With Defendant's oral consent, the Court directs the Probation/Pretrial Office to disclose the pre-plea presentence investigative report to the Court and counsel of record for both parties.

IT IS SO ORDERED.

 July 23, 2018                                   */s/ John R. Adams*
Date                                             John R. Adams
                                                 U.S. District Judge